IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHY HERSEY,

    Plaintiff,

     v.

ERIC K. SHINSEKI
Secretary, U. S. Department of
Veterans Affairs, a Federal Agency,

    Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-470-TWT

## ORDER

This is a Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing this action without prejudice for the Plaintiff's failure to comply with the applicable rules and an order of the Court. I approve and adopt the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. The Defendant's Motion to Dismiss [Doc. 7] is DENIED as moot.

SO ORDERED, this 9 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Hersey\r&r.wpd